Certificate Number: 01401-NYE-CC-040369632

01401-NYE-CC-040369632

# CERTIFICATE OF COUNSELING

I CERTIFY that on December 2, 2025, at 1:38 o'clock PM EST, Linda Raab-Giamarino received from GreenPath, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Eastern District of New York, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone.

Date: December 2, 2025

By: /s/Erin Spanier

Name: Erin Spanier

Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).