**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

**------------------------------------------------------ X**

| | |
|---|---|
| In re:<br><br>Linda Raab-Giamarino,<br>Debtor. | **NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(D) AS TO THE FIRST (1ST) MORTGAGE ON 2434 E 66TH ST, BROOKLYN, NY 11234**<br><br>Chapter: 7<br>Case No.: 1-26-41069-jmm<br>Judge: Hon. Jil Mazer-Marino |

**------------------------------------------------------ X**

PLEASE TAKE NOTICE that upon the motion of Wilmington Savings Fund Society, FSB, not in its individual capacity but solely in its capacity as Owner Trustee for Cascade Funding Mortgage Trust 2018-RM1 as serviced by Onity Mortgage Corporation ("Movant"), by its counsel, McCalla Raymer Leibert Pierce, LLP, the undersigned will move before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, at the United States Bankruptcy Court, located at Conrad B. Duberstein U.S. Courthouse, 271-C Cadman Plaza East, Suite 1595, Brooklyn, New York 11201, Courtroom 3529 on the 9th of July 2026 at 11:00 a.m. or as soon thereafter as counsel can be heard.

The proposed order will seek to vacate the automatic stay imposed by 11 U.S.C. § 362(a) with respect to the property described as 2434 E 66Th St, Brooklyn, NY 11234, pursuant to 11 U.S.C. § 362(d)(1) "for cause" as the terms of the reverse mortgage require payment in full of the loan, and pursuant to 11 U.S.C. § 362(d)(2) as the property is not necessary for successful reorganization. Within that same time, you must serve the undersigned and all other entities to whom this motion has been noticed, as indicated below, with a copy of your objections, stating both the legal grounds and the facts which establish the reasons for your objections. The objections shall identify the motion to which they are addressed by name of moving party, date of hearing, relief sought by the motion, and by title, caption, and case number of the case in which the motion is made. Pursuant to Local Bankruptcy Rule 9006-1, any answering papers shall be served and filed so as to be received not later than seven (7) days before the return date of this Motion.

**PLEASE TAKE FURTHER NOTICE**, that parties may appear in person, by phone, or by videoconference for hearings to be heard by Judge Mazer-Marino, subject to the following exceptions: Trials and evidentiary hearings will be conducted exclusively in-person. The Chapter 13 confirmation calendars will be conducted exclusively by phone and videoconference. The Chapter 13 confirmation calendar includes hearings and objections to Chapter 13 plans, motions to approve modifications to Chapter 13 plans, and motions to dismiss Chapter 13 cases. Parties may not appear in person for the Chapter 13 confirmation calendar without obtaining prior permission from the Court. Parties may opt to appear in person at hearings on all other matters in Chapter 13 cases. The loss mitigation calendars will be conducted exclusively by phone and videoconference.

**Mandatory Registration for Hearings through eCourt Appearances**

Regardless of whether a hearing is by phone, videoconference, or in person, all hearing participants must register with eCourt Appearances in advance of every appearance. eCourt Appearances registration is required by attorneys and non-attorneys.

The general public, including the press, are not required or permitted to register for hearings through eCourt Appearances. The eCourt Appearances platform is for use exclusively by parties and their professionals.

CM/ECF accounts are not necessary for eCourt Appearances. Attorneys with a CM/ECF account may find the program under the "Utilities" menu after logging on to CM/ECF.

**To register for eCourt Appearances and for more information on eCourt Appearances, including a tutorial,** https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance-using-ecourt-appearances.

Once registered, eCourt Appearances will email the telephone number, video link, and courtroom address for your hearing. You may register for hearings weeks in advance, but the telephone number and video link will not be sent to you until 48 hours before the hearing date. Those registering with eCourt Appearances for hearings less than 48 hours in advance should allow up to 15 minutes after registration to receive the email with the hearing information. **SHARING VIDEO LINKS OR DIAL-IN NUMBERS WITH THOSE WHO**

**HAVE NOT REGISTERED WITH eCOURT APPREARANCES IS PROHIBITTED. THE COURT WILL TERMINATE THE VIDEO AND AUDIO CONNECTION OF THOSE WHO JOIN A HEARING WITHOUT PRIOR REGISTRATION WITH eCOURT APPEARANCES.**

Those unable to access eCourt Appearances must email Judge Mazer-Marino's Courtroom Deputy at: jmm_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing. Your email must include your name, the case number, who you represent (if you are an attorney), hearing date, and phone number.

Dated: 05/27/2026

Respectfully Submitted,

By: ***/s/ Linda St. Pierre***

Linda St. Pierre
McCalla Raymer Leibert Pierce, LLP
Attorneys for Secured Creditor
420 Lexington Avenue, Suite 840
New York, NY 10170
Telephone: 860-240-9156
Fax: 312-803-9663
Linda.St.Pierre@mccalla.com

TO: Service List