**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

**------------------------------------------------------- X**

In re:

Linda Raab-Giamarino,

Debtor.

**------------------------------------------------------- X**

**<u>AFFIRMATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY</u>**

Chapter: 7
Case No.: 1-26-41069-jmm
Judge: Hon. Jil Mazer-Marino

Linda St. Pierre, an attorney at law duly admitted to practice before the Courts of the State of New York and the U.S. District Court for the Eastern District of New York, hereby affirms the following to be true under penalty of perjury:

1. I am an attorney with the law firm of McCalla Raymer Leibert Pierce, LLP, attorneys for Onity Mortgage Corporation as servicer for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely in its capacity as Owner Trustee for Cascade Funding Mortgage Trust 2018-RM1 ("Movant"), a secured creditor of Linda Raab-Giamarino ("Debtor"). As such, I am fully familiar with the facts and circumstances of this case.

2. I make this Affirmation in support of the within request for an Order Granting Relief from the automatic stay, for cause, pursuant to 11 U.S.C. § 362(d).

3. Jurisdiction is conferred upon this Court by the provisions of 28 U.S.C. § 1334. This is a proceeding to terminate and annul the automatic stay and therefore a "core" proceeding within the meaning of 28 U.S.C. § 157(B)(2)

4. A copy of the Form for Motion for Relief from Stay to Foreclose a Mortgage on Real Property or a Security Interest in a Cooperative Apartment as required by General Order #533 of the Bankruptcy Court of the Eastern District of New York was executed by an employee of Movant and is incorporated herein and annexed hereto as **Exhibit "1"** (the "Worksheet").

5. Movant is a secured creditor of the Borrower pursuant to a New York Cash Account Advantage Adjustable Rate Reverse Mortgage Loan Account Disclosure Statement and

Agreement executed by Borrower on July 23, 2008, whereby Borrower promised to repay the principal amount of $543,950.00 plus interest to (the "Note"). To secure the repayment of the Note, Borrower executed a New York Reverse Mortgage in favor of Financial Freedom Senior Funding Corporation which was recorded on August 14, 2008 in the Office of the City Register of the City of New York as City Register File No. (CRFN): 2008000325175 (the "Mortgage"), encumbering real property located at 2434 E 66Th St, Brooklyn, New York 11234 (the "Property").

6. The Note duly endorsed was transferred and conveyed to blank.

7. The Mortgage was assigned to Mortgage Electronic Registration Systems, Inc. ("MERS") as nominee for Financial Freedom Senior Funding Corporation, as evidenced by an assignment of mortgage recorded on October 9, 2009 in the Office of the City Register of the City of New York as CRFN: 2009000329581 (the "Assignment of Mortgage").

8. The Mortgage was assigned to OneWest Bank, N.A., as evidenced by an assignment of mortgage recorded on July 22, 2015 in the Office of the City Register of the City of New York as CRFN: 2015000251909 (the "Assignment of Mortgage").

9. The Mortgage was assigned to Wilmington Savings Fund Society, FSB, not in its individual capacity but solely in its capacity as Owner Trustee for Cascade Funding Mortgage Trust 2018-RM1, as evidenced by an assignment of mortgage recorded on August 29, 2018 in the Office of the City Register of the City of New York as CRFN: 2018000290709 (the "Assignment of Mortgage").

10. Copies of the Note, Mortgage, and Assignment of Mortgage are annexed hereto as Exhibit A to the Worksheet.

11. Upon information and belief, the Debtor herein resides in the Property.

12. Debtor filed a petition for relief under Chapter 7 of the U.S. Bankruptcy Code on or about March 5, 2026.

13. As of the Petition Date, the amount due under the Loan was $1,930.155.50, which included accrued and unpaid interest, escrow amounts paid by Movant, and fees in the amount of $871,994.92.

14. Upon information and belief, as a result of the total debt due and owing, Movant has been required to advance monies for taxes and insurance to protect its security interest.

15. Due to the failure to the death of the Borrower, there exists cause to vacate the automatic stay pursuant to 11 U.S.C. § 362(d)(1) because the terms of the reverse mortgage require payment in full of the loan if the borrower has deceased. Borrower is believed to be deceased as of February 20, 2015 and the loan must be paid in full.

16. Additionally, Secured Creditor has made post-petition escrow advances to protect its lien interest on the Property as these amounts have not been maintained by Debtor of the estate. As of April 7, 2026, Secured Creditor had advanced $7,994.35 post-petition property taxes. Secured Creditor is entitled to recover these amounts, or in the alternative, to relief from the automatic stay.

17. Further, as set forth in the Affidavit, as of April 7, 2026, the approximate debt due and owing to Movant was $1,951,505.06. The total amount of the lien and cost of sale exceed the value of $700,000.00 assigned to the Premises in Debtor's Schedule A/B. Thus, the Debtor has no equity in the Premises to serve as adequate protection to Movant. Relief is warranted pursuant to 11 U.S.C. § 362(d)(2).

18. The Debtor, Borrower's Estate, Debtor's Attorney, the Chapter 7 Trustee and the Office of the United States Trustee have each been duly served with the within Notice of Motion, Affirmation, Exhibits and proposed Order Vacating Stay, as more fully set forth in the annexed affidavit of mailing.

***{Remainder of this page intentionally left blank}***

**WHEREFORE,** Movant respectfully requests that the Court entered an Order terminating the automatic stay imposed by Section 362(a) of the Bankruptcy Code and as to the Premises allowing Movant to pursue its foreclosure action and granting Movant other and further relief as this Court may deem just and proper.

Dated: 05/27/2026

Respectfully Submitted,

By: ***/s/ Linda St. Pierre***

Linda St. Pierre
McCalla Raymer Leibert Pierce, LLP
Attorneys for Secured Creditor
420 Lexington Avenue, Suite 840
New York, NY 10170
Telephone: 860-240-9156
Fax: 312-803-9663
Linda.St.Pierre@mccalla.com