**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

--------------------------------------------------- **X**

In re:

| | | |
|---|---|---|
| Linda Raab-Giamarino, | | Chapter: 7 |
| | Debtor. | Case No.: 1-26-41069-jmm |
| | | Judge: Hon. Jil Mazer-Marino |

--------------------------------------------------- **X**

## RELIEF FROM STAY - REAL ESTATE AND COOPERATIVE APARTMENTS

## BACKGROUND INFORMATION

1. ADDRESS OF REAL PROPERTY OR COOPERATIVE APARTMENT: 2434 E 66Th St, Brooklyn, NY 11234
2. LENDER NAME: Wilmington Savings Fund Society, FSB, not in its individual capacity but solely in its capacity as Owner Trustee for Cascade Funding Mortgage Trust 2018-RM1
3. MORTGAGE DATE: July 23, 2008
4. POST-PETITION PAYMENT ADDRESS: Onity Mortgage Corporation, PO Box 24781, Attn: RSVRF, West Palm Beach, FL 33416

## DEBT AND VALUE REPRESENTATION

5. TOTAL PRE-PETITION AND POST-PETITION INDEBTEDNESS OF DEBTOR TO MOVANT AT THE TIME OF THE FILING OF THIS MOTION: $1,951,505.06 as of April 7, 2026
(Note: this amount may not be relied on as a "payoff" quotation.)
6. MOVANT'S ESTIMATED MARKET VALUE OF THE REAL PROPERTY OR COOPERATIVE APARTMENT: $700,000.00
7. SOURCE OF ESTIMATED VALUATION: Schedule A/B.

**STATUS OF THE DEBT AS OF THE PETITION DATE**

| | | |
|---|---|---|
| A. | TOTAL: | $1,928,105.40 |
| B. | PRINCIPAL: | $1,058,160.58 |
| C. | INTEREST: | $720,874.48 |
| D. | ESCROW (taxes and insurance): | $147,750.34 |
| E. | FORCE PLACED INSURANCE EXPENDED BY MOVANT: | $0.00 |
| F. | PRE-PETITION ATTORNEYS' FEES CHARGED TO DEBTOR | $0.00 |
| G. | PRE-PETITION LATE FEES CHARGED TO DEBTOR | $0.00 |

8. DEBTOR INDEBTEDNESS TO MOVANT AS OF PETITION DATE: $1,928,105.40

9. CONTRACTUAL INTEREST RATE: 7.762%
*(IF THE INTEREST RATE HAS CHANGED, LIST THE RATE(S) AND DATE(S) THAT EACH RATE WAS IN EFFECT ON A SEPARATE SHEET AND ATTACH THE SHEET AS AN EXHIBIT TO THIS FORM. STATE THE EXHIBIT NUMBER HERE:* B.*)*

10. OTHER PRE-PETITION FEES, CHARGES OR AMOUNTS CHARGED TO DEBTOR'S ACCOUNT AND NOT LISTED ABOVE:
Servicing fees: $1,320.00; Tax Advances (non-Escrow): $147,750.34

*(IF ADDITIONAL SPACE IS REQUIRED, LIST THE AMOUNT(S) ON A SEPARATE SHEET AND ATTACH THE SHEET AS AN EXHIBIT TO THIS FORM. STATE THE EXHIBIT NUMBER HERE:* N/A.*)*

**AMOUNT OF POST-PETITION DEFAULT AS OF THE MOTION FILING DATE**

11. DATE OF RECEIPT OF LAST PAYMENT:

12. NUMBER OF PAYMENTS DUE FROM PETITION DATE TO MOTION FILING DATE, as of April 1, 2026: N/A

13. POST-PETITION PAYMENTS IN DEFAULT: N/A

14. OTHER POST-PETITION FEES CHARGED TO DEBTOR:

| | |
|---|---|
| A. TOTAL: | N/A |
| B. ATTORNEY FEES IN CONNECTION WITH THIS MOTION, ONLY IF APPROVED BY THE COURT: | N/A |
| C. FILING FEE IN CONNECTION WITH THIS MOTION: | N/A |
| D. OTHER POST-PETITION ATTORNEYS' FEES: | N/A |
| E. POST-PETITION INSPECTION FEES: | N/A |
| F. POST-PETITION APPRAISAL/BROKER'S PRICE OPINION FEES: | N/A |
| G. FORCED PLACE INSURANCE EXPENDED BY MOVANT: | N/A |

15. AMOUNT HELD IN SUSPENSE BY MOVANT: $N/A

16. OTHER POST-PETITION FEES, CHARGES OR AMOUNTS CHARGED TO DEBTOR'S ACCOUNT AND NOT LISTED ABOVE:
Tax Advances (non-Escrow): $7,994.35

*(IF ADDITIONAL SPACE IS REQUIRED, LIST THE AMOUNT(S) ON A SEPARATE SHEET AND ATTACH THE SHEET AS AN EXHIBIT TO THIS FORM. STATE THE EXHIBIT NUMBER HERE: N/A.)*

**REQUIRED ATTACHMENTS TO MOTION**

Please attach the following documents to this motion and indicate the exhibit number associated with the documents.

(1) Copies of documents that indicate Movant's interest in the subject property. For purposes of example only, a complete and legible copy of the promissory note or other debt instrument together with a complete and legible copy of the mortgage and any assignments in the chain from the original mortgagee to the current moving party. (Exhibit A.)

(2) Copies of documents establishing proof of standing to bring this Motion. (Exhibit A.)

(3) Copies of documents establishing that Movant's interest in the real property or cooperative apartment was perfected. For the purposes of example only, a complete and legible copy of the Financing Statement (UCC-1) filed with either the Clerk's Office or

the Register of the county the property or cooperative apartment is location in. (Exhibit A.)

**DECLARATION AS TO BUSINESS RECORDS**

I, CARLENE REID,THE CONTRACT MANAGEMENT COORDINATOR OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE FOR CASCADE FUNDING MORTGAGE TRUST 2018-RM1 AS SERVICED BY ONITY MORTGAGE CORPORATION, THE MOVANT HEREIN, DECLARE PURSUANT TO 28 U.S.C. SECTION 1746 UNDER PENALTY OF PERJURY THAT THE INFORMATION PROVIDED IN THIS FORM AND ANY EXHIBITS ATTACHED HERETO (OTHER THAN THE TRANSACTIONAL DOCUMENTS ATTACHED AS REQUIRED BY PARAGRAPHS 1, 2, AND 3, ABOVE) IS DERIVED FROM RECORDS THAT WERE MADE AT OR NEAR THE TIME OF THE OCCURRENCE OF THE MATTERS SET FORTH BY, OR FROM INFORMATION TRANSMITTED BY, A PERSON WITH KNOWLEDGE OF THOSE MATTERS; THAT THE RECORDS WERE KEPT IN THE COURSE OF THE REGULARLY CONDUCTED ACTIVITY; AND THAT THE RECORDS WERE MADE IN THE COURSE OF THE REGULARLY CONDUCTED ACTIVITY AS A REGULAR PRACTICE.

I FURTHER DECLARE THAT COPIES OF ANY TRANSACTIONAL DOCUMENTS ATTACHED TO THIS FORM AS REQUIRED BY PARAGRAPHS 1, 2, 3, ABOVE ARE TRUE AND CORRECT COPIES OF THE ORIGINAL DOCUMENTS.

EXECUTED AT WEST PALM BEACH, FLORIDA

ON THIS 27 DAY OF MAY, 2026

NAME: Carlene Reid
TITLE: Contract Management Coordinator
MOVANT: Wilmington Savings Fund Society, FSB, not in its individual capacity but solely in its capacity as Owner Trustee for Cascade Funding Mortgage Trust 2018-RM1 as serviced by Onity Mortgage Corporation
STREET ADDRESS: 1661 Worthington Road ste 100
CITY, STATE AND ZIP CODE: West Palm Beach, Florida 33409

**DECLARATION**

I, CARLENE REID, THE CONTRACT MANAGEMENT COORDINATOR OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE FOR CASCADE FUNDING MORTGAGE TRUST 2018-RM1 AS SERVICED BY ONITY MORTGAGE CORPORATION, THE MOVANT HEREIN, DECLARE PURSUANT TO 28 U.S.C. SECTION 1746 UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT BASED ON PERSONAL KNOWLEDGE OF THE MOVANT'S BOOKS AND BUSINESS RECORDS.

EXECUTED AT WEST PALM BEACH, FLORIDA

ON THIS 27 DAY OF MAY, 2026

NAME: Carlene Reid

TITLE: Contract Management Coordinator

MOVANT: Wilmington Savings Fund Society, FSB, not in its individual capacity but solely in its capacity as Owner Trustee for Cascade Funding Mortgage Trust 2018-RM1 as serviced by Onity Mortgage Corporation

STREET ADDRESS: 1661 Worthington Road ste 100

CITY, STATE AND ZIP CODE: West Palm Beach, Florida 33409