# EXHIBIT B

| Effective Date | Int Rate |
|---|---|
| 04/30/2026 | 7.761890 |
| 03/31/2026 | 7.761890 |
| 02/28/2026 | 7.761890 |
| 01/31/2026 | 7.761890 |
| 12/31/2025 | 8.319090 |
| 11/30/2025 | 8.319090 |
| 10/31/2025 | 8.319090 |
| 09/30/2025 | 8.319090 |
| 08/31/2025 | 8.319090 |
| 07/31/2025 | 8.319090 |
| 06/30/2025 | 8.440560 |
| 05/31/2025 | 8.440560 |
| 04/30/2025 | 8.440560 |
| 03/31/2025 | 8.440560 |
| 02/28/2025 | 8.440560 |
| 01/31/2025 | 8.440560 |
| 12/31/2024 | 9.440760 |
| 11/30/2024 | 9.440760 |
| 10/31/2024 | 9.440760 |
| 09/30/2024 | 9.440760 |
| 08/31/2024 | 9.440760 |
| 07/31/2024 | 9.440760 |
| 06/30/2024 | 9.305710 |
| 05/31/2024 | 9.305710 |
| 04/30/2024 | 9.305710 |
| 03/31/2024 | 9.305710 |
| 02/29/2024 | 9.305710 |
| 01/31/2024 | 9.305710 |
| 12/31/2023 | 9.489570 |
| 11/30/2023 | 9.489570 |
| 10/31/2023 | 9.489570 |
| 09/30/2023 | 9.489570 |
| 08/31/2023 | 9.489570 |
| 07/31/2023 | 9.489570 |
| 06/30/2023 | 8.887570 |
| 05/31/2023 | 8.887570 |
| 04/30/2023 | 8.887570 |
| 03/31/2023 | 8.887570 |
| 02/28/2023 | 8.887570 |
| 01/31/2023 | 8.887570 |
| 12/31/2022 | 6.696710 |
| 11/30/2022 | 6.696710 |
| 10/31/2022 | 6.696710 |
| 09/30/2022 | 6.696710 |
| 08/31/2022 | 6.696710 |
| 07/31/2022 | 6.696710 |

| | |
|---|---|
| 06/30/2022 | 4.104380 |
| 05/31/2022 | 4.104380 |
| 04/30/2022 | 4.104380 |
| 03/31/2022 | 4.104380 |
| 02/28/2022 | 4.104380 |
| 01/31/2022 | 4.104380 |
| 12/31/2021 | 3.903880 |
| 11/30/2021 | 3.903880 |
| 10/31/2021 | 3.903880 |
| 09/30/2021 | 3.903880 |
| 08/31/2021 | 3.903880 |
| 07/31/2021 | 3.910880 |
| 06/30/2021 | 3.970130 |
| 05/31/2021 | 3.970130 |
| 04/30/2021 | 3.970130 |
| 03/31/2021 | 3.970130 |
| 02/28/2021 | 3.970130 |
| 01/31/2021 | 4.009500 |
| 11/30/2021 | 3.903880 |
| 10/31/2021 | 3.903880 |
| 10/26/2021 | 0.000000 |
| 09/30/2021 | 3.903880 |
| 08/31/2021 | 3.903880 |
| 07/31/2021 | 3.970130 |
| 06/30/2021 | 3.970130 |
| 05/31/2021 | 3.970130 |
| 04/30/2021 | 3.970130 |
| 03/31/2021 | 3.970130 |
| 02/28/2021 | 3.970130 |
| 01/31/2021 | 4.116900 |
| 12/31/2020 | 4.116900 |
| 11/30/2020 | 4.116900 |
| 10/31/2020 | 4.116900 |
| 09/30/2020 | 4.116900 |