**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**
**----------------------------------------------------- X**

In re:

Linda Raab-Giamarino,
Debtor.

Chapter: 7
Case No.: 1-26-41069-jmm
Judge: Hon. Jil Mazer-Marino

**----------------------------------------------------- X**

**CERTIFICATION OF SERVICE**

I hereby certify that on 05/27/2026, I caused the Motion for Relief from the Automatic Stay to be electronically filed with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following:

| | | |
|---|---|---|
| David J. Doyaga | Chapter 7 Trustee | Email: david.doyaga.sr@gmail.com |
| Karamvir Dahiya | Debtor's attorney | Email: karam@dahiya.law |
| United States Trustee | U.S. Trustee | Email: ustpregion02.br.ecf@usdoj.gov |

Additionally, a copy of the filed pleading along with the Notice of Electronic Filing was sent to the above email recipients pursuant to Local Bankruptcy Rule 9036.

And I hereby certify that I caused the foregoing to be mailed by the United States Postal Service to the following non CM/ECF participants:

Debtor:
Linda Raab-Giamarino
2434 E 66th Street
Brooklyn, NY 11234

Co-Debtor:
Estate of Rita Raab
2434 E 66th Street
Brooklyn, NY 11234

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: 05/27/2026

McCalla Raymer Leibert Pierce, LLP
Attorneys for Movant

By: */ s/ Jamie A. Day*
Jamie A. Day
Legal Assistant