UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x

In re:

Linda Raab-Giamarino,

Debtor.

-----------------------------------------------------x

Chapter 7

Case No. 26-41069-jmm

**ORDER SCHEDULING HEARING ON DEBTOR'S MOTION TO: (1) REOPEN CASE TO CORRECT SCHEDULES AND CREDITOR MATRIX, (2) ENFORCE DISCHARGE INJUNCTION, AND (3) DISGORGE ATTORNEY'S FEES**

**WHEREAS**, the above captioned debtor (the "Movant") filed a motion seeking to: (1) reopen the above captioned Chapter 7 case to amend schedules E/F and Creditor Matrix, (2) enforce the discharge injunction again Eli Balleh and determine actual damages to be paid by Eli Balleh, and (3) order Movant's former bankruptcy counsel, Karamvir Dahiya, Esq. to show cause why he should not be ordered to disgorge the legal fees paid to him for the above captioned case (the "Motion") [ECF No. 21].

**NOW, THEREFORE**, it is hereby

**ORDERED**, that Court will hold a hearing on the Motion before Judge Jil Mazer-Marino of the United States Bankruptcy Court, Eastern District of New York, Courtroom 3529, 271-C Cadman Plaza East, Brooklyn, New York 11201 on **September 22, 2026,** at **1:30 p.m.** (the "Hearing"); and it is further

**ORDERED**, that the Hearing may be held in person, by phone, or by videoconference. Regardless of whether you intend to appear in person, by phone, or by videoconference, those intending to appear at the Hearing must register with eCourt Appearances no later than two (2) days prior to the Hearing. The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the

Hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov; and it is further

**ORDERED**, that the Movant shall serve a copy of this Order Scheduling Hearing together with the Motion on (1) the Office of the United States Trustee for Region 2, (2) the Chapter 7 trustee, (3) Dahiya Law Offices LLC, (4) Eli Balleh, (5) all creditors who were not listed on the Creditor Matrix and Schedules or otherwise were listed on the Creditor Matrix and Schedules with an incorrect name or address, by e-mail, where e-mails are available, and first-class mail by **September 7, 2026,** which shall be deemed good and sufficient service hereof; and it is further

**ORDERED**, that the Movant shall file a certificate of service with the Court by **September 11, 2026,** evidencing the Movant's compliance with the service requirements in this Order Scheduling Hearing; and it is further

**ORDERED**, that objections to the Motion shall be in writing and filed with the Court and served on Movant by e-mail, where e-mails are available, and first-class mail by **September 14, 2026**, which shall be deemed good and sufficient service thereof; and it is further

**ORDERED**, that any party that files a written objection to the Motion shall file a certificate of service with the Court by **September 21, 2026,** evidencing such party's compliance with the service requirements in this Order Scheduling Hearing.

**Dated: September 2, 2026**
**Brooklyn, New York**

Jil Mazer-Marino
Chief United States Bankruptcy Judge