3:33 LTE

# TOTAL CHECKI... (...7028)

We found 1 transaction

Dec 2, 2025

ONLINE DOMESTIC WIRE TRANSFER VIA: BK AMER NYC/026009593 A/C: DAHIYA LAW OFFICES LLC NEW YORK NY 10038 US REF: RETAINER FOR LINDA GIAMARINO IMAD: 1202MMQFMP2K018323 TRN: 3399315336ES 12/02

$320.10 -$5,000.00