**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF NEW YORK**

In re: LINDA RAAB-GIAMARINO, Debtor.

Case No.: 26-41069-JMM

Chapter 7

Hearing Date: September 22, 2026, at 1:30 PM

Before: Hon. Jil Mazer-Marino, Chief U.S. Bankruptcy Judge

**SUPPLEMENTAL DECLARATION OF DEBTOR OF NEWLY DISCOVERED EVIDENCE LINKING CREDITOR ALIASES AND REAL ESTATE HOLDINGS IN BAD FAITH**

I, Linda Raab-Giamarino, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Debtor in this Chapter 7 proceeding and submit this declaration to present newly discovered evidence establishing that the state-court Plaintiff, Eli Balleh, is maintaining a malicious "Zombie Lis Pendens" against my primary residence in severe bad faith and in willful violation of the Automatic Stay (11 U.S.C. § 362) and the Discharge Injunction (11 U.S.C. § 524).
2. This Chapter 7 case was initiated specifically to secure federal relief from systemic state-court gridlock. In March 2025, my short-sale counsel, Svetlana Kaplun, Esq., filed a formal Motion to Dismiss in New York Supreme Court based on a clear violation of New York's strict "No Second Chance" rule. The Creditor manufactured 7 consecutive adjournments over a multi-year period, gridlocking the state court and using the unvacated property cloud to block my lender-approved short sale.
3. This newly discovered evidence reveals that the Creditor purposefully frustrated public records searches and concealed his vast real estate capital by utilizing a matrix of name variations. He publicly operates a luxury brand as **Elie Balleh** and sues as **Eli Balleh**, yet executes multi-million dollar deeds under the alternative legal spellings **Eili Blaleh** and **Eliyahu Blaleh**. This deliberate asset-shielding structure successfully prevented my short-sale counsel from locating his real estate holdings under standard registry queries.
4. The identity link between "Elie the designer" and "Eliyahu the property buyer" is conclusively established through his wife, **Mari Balleh (Mary Balleh)**. The

Creditor's official corporate fashion biography explicitly names his wife, Mari, and public media registries explicitly catalog hundreds of verified photos of them as a married couple.

5. I request that this Court take formal **Judicial Notice** of a verified public real estate transaction in New York County records under **City Register File Number (CRFN) 2025000248911**. Under that file number, on August 18, 2025, the husband-and-wife pair of **Eliyahu Blaleh and Mari Balleh** purchased a **$3.8 million multi-unit residential property in Williamsburg** located at **112 North 7th Street, Brooklyn** through their shell corporate entity, **Bh 112 North 7th Street Realty LLC**.
6. The Creditor is a high-net-worth developer who suffers absolutely zero housing or structural hardship. He is deliberately abusing the state and federal court records under an alias matrix to freeze my title and block a fully executed, 9-page short sale contract previously approved by my lender, with 3 closing dates canceled due to the Lis Pendens.
7. Based on this newly discovered evidence of explicit bad faith, I respectfully request that this Court reopen my case and enter an Order: (a) finding Creditor Eli Balleh in contempt for willful violations of the Discharge Injunction; (b) ordering the Creditor to immediately discontinue and dismiss the pending New York Supreme Court action with prejudice; and (c) imposing daily compounding financial sanctions against the Creditor until he complies, enabling either my short-sale counsel or me to clear the title record.

Dated: September 16, 2026

Brooklyn, New York

Linda Raab-Giamarino

2434 E 66th Street, Brooklyn, NY 11234

718-288-6814

LRaabRN@gmail.com

---